# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-03435 SEK |
|---|---|
| **ALFREDO SALDANA AYALA** | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM
# POST CONFIRMATION MODIFICATION PLAN UNDER §1329

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust payment schedule and increase the base of the plan.

**WHEREFORE,** it is respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 22nd day of September of 2010.**

JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                        Case No. 10-03435-13

SALDANA AYALA, ALFREDO                        Chapter 13
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: 09/22/2010
☐ PRE ☐ POST-CONFIRMATION              Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 250.00 x 1 = $ 250.00
$ 0.00 x 3 = $ 0.00
$ 400.00 x 56 = $ 22,400.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                       TOTAL: $ 22,650.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

       PROPOSED BASE: $ 22,650.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,524.00

Signed: /s/ ALFREDO SALDANA AYALA
       Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. Coop De A/c Roosevelt    Cr. Coop De A/c Roosevelt    Cr. See Attached
# 200011041112282001    # 200011041112282001    # _____
$ 1,423.00    $ 1,800.00    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
Coop De A/c Roosevelt      Eurobank

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                     ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL ASSUME COMERCIAL LEASE WITH LOYDA SOTO

Attorney for Debtor Jose Prieto                                          Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing         COOP A/C ROOSEVELT ROADS                Candica LLC
0104-3                                  CARLOS A QUILICHINI PAZ ESQ             c/o Weinstein & Riley, P.S.
Case 10-03435-SEK13                     PO BOX 9020895                          2001 Western Ave., Ste. 400
District of Puerto Rico                 SAN JUAN, PR 00902-0895                 Seattle, WA 98121-3132
Old San Juan
Wed Sep 22 13:55:33 AST 2010

GE MONEY BANK (SAMS CLUB)               RG PREMIER BANK PR of Scotiabank PR     US Bankruptcy Court District of P.R.
C/O RECOVERY MANAGEMENT SYSTEMS CORP    280 AVE JESUS T PINERO                  U.S. Post Office and Courthouse Building
25 SE 2ND AVE SUITE 1120                SAN JUAN, PR 00918-4002                 300 Recinto Sur Street, Room 109
MIAMI, FL 33131-1605                                                            San Juan, PR 00901-1964


BANCO POPULAR DE PUERTO RICO            BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS    BANK OF AMERICA
BANKRUPTCY DEPARTMENT                   PO BOX 362708                           P O BOX 15019
PO BOX 366818                           SAN JUAN PR 00936-2708                  WILMINGTON, DE 19886-5019
SAN JUAN PR 00936-6818


BPPR                                    Bank Of America                         CMPR, INC
P O BOX 366818                          Po Box 17054                            726 EXCHANGE STREET SUITE 700
SAN JUAN, PR 00936-6818                 Wilmington, DE 19850-7054               BUFFALO, NY 14210-1464


Coop De A/c Roosevelt                   Department of Treasury                  Eurobank
Po Box 31                               Bankruptcy Section (Suite 1504)         Ponce De Leon
Fajardo, PR 00738-0031                  235 Ave. Arterial Hostos                Hato Rey, PR 00921
                                        San Juan Puerto Rico 00918-1451


Fia Card Services, NA As Successor In Intere    ISLAND FINANCE                  LOYDA SOT
Bank of America NA and Mbna America Bank        P O BOX 71504                   109 AVE LAURO PINERO
1000 Samoset Drive                              SAN JUAN, PR 00936-8604         CARR #3 KM 53.3
DE5-023-03-03                                                                   CEIBA, PR 00735
Newark, DE 19713-6000


ORIENTAL BANK & TRUST (Eurobank)        PRA Receivables Management, LLC         Portfolio Recvry And Affil
P.O BOX 192099                          As Agent Of Portfolio Recovery Assocs.  120 Corporate Blvd Ste 1
SAN JUAN P.R 00919-2099                 PO Box 12914                            Norfolk, VA 23502-4962
                                        NORFOLK VA 23541-0914


RG PREMIER BANK OF PR now part of Scotiabank    Recovery Management Systems Corporation    Rg Premier Bank
ISMAEL H. HERRERO III                           For GE Money Bank                          Rd 100 & 177
P O BOX 362159                                  dba SAM'S CLUB DISCOVER                    San Juan, PR 00928
SAN JUAN PR 00936-2159                          25 SE 2nd Ave Ste 1120
                                                Miami FL 33131-1605


SAMS                                    SANTANDER DE PR                         SANTANDER FINANCIAL D/B/A ISLAND FINANCE
P O BOX 530942                          P O BOX 362589                          PO BOX 195369
ATLANTA, GA 30353-0942                  SAN JUAN, PR 00936-2589                 SAN JUAN PR, 00919-5369


ALEJANDRO OLIVERAS RIVERA               ALFREDO SALDANA AYALA                   JOSE M PRIETO CARBALLO
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS     H43 CALLE 8                             JPC LAW OFFICE
PO BOX 9024062                          JARDINES DE CEIBA II                    PO BOX 363565
SAN JUAN, PR 00902-4062                 CEIBA, PR 00735-3013                    SAN JUAN, PR 00936-3565
```

```
MIGDALIA E GUASP BANCO POPULAR DE PUERTO RIC      MONSITA LECAROZ ARRIBAS
SPECIAL LOANS                                     OFFICE OF THE US TRUSTEE (UST)
PO BOX 362708                                     OCHOA BUILDING
SAN JUAN, PR 00936-2708                           500 TANCA STREET  SUITE 301
                                                  SAN JUAN, PR 00901-1938



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



(d)Candica LLC                        End of Label Matrix
c/o Weinstein & Riley, P.S.           Mailable recipients    31
2001 Western Ave., Ste. 400           Bypassed recipients     1
Seattle, WA 98121-3132                Total                  32
```