## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | Case No: 10-03435 SEK |
| **ALFREDO SALDAÑA AYALA** | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM
# POST CONFIRMATION MODIFICATION PLAN UNDER §1329

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. Debtors business sales were not going well and unfortunately he incur in arrears with the plan and mortgage payments.

3. That the reason for amendment is to adjust debtors payment schedule and increase the base of the plan to pay mortgage post petition payments and trustees arrears through the plan.

**WHEREFORE,** it is respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 1st day of November of 2010.**

JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                              Case No. 10-03435-13
SALDANA AYALA, ALFREDO
                                    Chapter 13
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____       ☑ AMENDED PLAN DATED: 11/1/2010
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 250.00 x 1 = $ 250.00
$ 0.00 x 3 = $ 0.00
$ 400.00 x 56 = $ 22,400.00
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ 22,650.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ 22,650.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,524.00 + $350.00

Signed: /s/ ALFREDO SALDANA AYALA
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. Coop De A/c Roosevelt    Cr. Coop De A/c Roosevelt    Cr. See Attached
# 200011041122820001     # 200011041122820001     # _____
$ 1,423.00     $ 1,800.00     $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ____    Cr. ____    Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____    Cr. ____    Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
Coop De A/c Roosevelt     Eurobank
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. ____    Cr. ____    Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL ASSUME COMERCIAL LEASE WITH LOYDA SOTO

Attorney for Debtor Jose Prieto                                                  Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

IN RE SALDANA AYALA, ALFREDO        Case No. 10-03435-13
              Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Trustee pays secured ARREARS:** | Eurobank | 2564010908 | 10,250.00 |
|  | Eurobank | 2564010908 | 3,000.00 |
| **Executory Contracts - Assumed:** | LOYDA SOT |  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          COOP A/C ROOSEVELT ROADS                 Candica LLC
0104-3                                    CARLOS A QUILICHINI PAZ ESQ              c/o Weinstein & Riley, P.S.
Case 10-03435-SEK13                       PO BOX 9020895                           2001 Western Ave., Ste. 400
District of Puerto Rico                   SAN JUAN, PR 00902-0895                  Seattle, WA 98121-3132
Old San Juan
Wed Sep 22 13:55:33 AST 2010

GE MONEY BANK (SAMS CLUB)                 RG PREMIER BANK PR of Scotiabank PR      US Bankruptcy Court District of P.R.
C/O RECOVERY MANAGEMENT SYSTEMS CORP      280 AVE JESUS T PINERO                   U.S. Post Office and Courthouse Building
25 SE 2ND AVE SUITE 1120                  SAN JUAN, PR 00918-4002                  300 Recinto Sur Street, Room 109
MIAMI, FL 33131-1605                                                               San Juan, PR 00901-1964

BANCO POPULAR DE PUERTO RICO              BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS   BANK OF AMERICA
BANKRUPTCY DEPARTMENT                     PO BOX 362708                            P O BOX 15019
PO BOX 366818                             SAN JUAN PR 00936-2708                   WILMINGTON, DE 19886-5019
SAN JUAN PR 00936-6818

BPPR                                      Bank Of America                          CMPR, INC
P O BOX 366818                            Po Box 17054                             726 EXCHANGE STREET SUITE 700
SAN JUAN, PR 00936-6818                   Wilmington, DE 19850-7054                BUFFALO, NY 14210-1464

Coop De A/c Roosevelt                     Department of Treasury                   Eurobank
Po Box 31                                 Bankruptcy Section (Suite 1504)          Ponce De Leon
Fajardo, PR 00738-0031                    235 Ave. Arterial Hostos                 Hato Rey, PR 00921
                                          San Juan Puerto Rico 00918-1451

Fia Card Services, NA As Successor In Intere   ISLAND FINANCE                      LOYDA SOT
Bank of America NA and Mbna America Bank       P O BOX 71504                       109 AVE LAURO PINERO
1000 Samoset Drive                             SAN JUAN, PR 00936-8604             CARR #3 KM 53.3
DE5-023-03-03                                                                      CEIBA, PR 00735
Newark, DE 19713-6000

ORIENTAL BANK & TRUST (Eurobank)          PRA Receivables Management, LLC          Portfolio Recvry And Affil
P.O BOX 192099                            As Agent Of Portfolio Recovery Assocs.   120 Corporate Blvd Ste 1
SAN JUAN P.R 00919-2099                   PO Box 12914                             Norfolk, VA 23502-4962
                                          NORFOLK VA 23541-0914

RG PREMIER BANK OF PR now part of Scotiabank   Recovery Management Systems Corporation   Rg Premier Bank
ISMAEL H. HERRERO III                          For GE Money Bank                         Rd 100 & 177
P O BOX 362159                                 dba SAM'S CLUB DISCOVER                   San Juan, PR 00928
SAN JUAN PR 00936-2159                         25 SE 2nd Ave Ste 1120
                                               Miami FL 33131-1605

SAMS                                      SANTANDER DE PR                          SANTANDER FINANCIAL D/B/A ISLAND FINANCE
P O BOX 530942                            P O BOX 362589                           PO BOX 195369
ATLANTA, GA 30353-0942                    SAN JUAN, PR 00936-2589                  SAN JUAN PR, 00919-5369

ALEJANDRO OLIVERAS RIVERA                 ALFREDO SALDANA AYALA                    JOSE M PRIETO CARBALLO
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS       H43 CALLE 8                              JPC LAW OFFICE
PO BOX 9024062                            JARDINES DE CEIBA II                     PO BOX 363565
SAN JUAN, PR 00902-4062                   CEIBA, PR 00735-3013                     SAN JUAN, PR 00936-3565
```

```
MIGDALIA E GUASP BANCO POPULAR DE PUERTO RIC         MONSITA LECAROZ ARRIBAS
SPECIAL LOANS                                        OFFICE OF THE US TRUSTEE (UST)
PO BOX 362708                                        OCHOA BUILDING
SAN JUAN, PR 00936-2708                              500 TANCA STREET  SUITE 301
                                                     SAN JUAN, PR 00901-1938



            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Candica LLC                                       End of Label Matrix
c/o Weinstein & Riley, P.S.                          Mailable recipients    31
2001 Western Ave., Ste. 400                          Bypassed recipients     1
Seattle, WA 98121-3132                               Total                  32
```

```
Label Matrix for local noticing          COOP A/C ROOSEVELT ROADS                 Candica LLC
0104-3                                   CARLOS A QUILICHINI PAZ ESQ              c/o Weinstein & Riley, P.S.
Case 10-03435-SEK13                      PO BOX 9020895                           2001 Western Ave., Ste. 400
District of Puerto Rico                  SAN JUAN, PR 00902-0895                  Seattle, WA 98121-3132
Old San Juan
Wed Sep 22 13:55:33 AST 2010

GE MONEY BANK (SAMS CLUB)                RG PREMIER BANK PR of Scotiabank PR      US Bankruptcy Court District of P.R.
C/O RECOVERY MANAGEMENT SYSTEMS CORP     280 AVE JESUS T PINERO                   U.S. Post Office and Courthouse Building
25 SE 2ND AVE SUITE 1120                 SAN JUAN, PR 00918-4002                  300 Recinto Sur Street, Room 109
MIAMI, FL 33131-1605                                                              San Juan, PR 00901-1964


BANCO POPULAR DE PUERTO RICO             BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS   BANK OF AMERICA
BANKRUPTCY DEPARTMENT                    PO BOX 362708                            P O BOX 15019
PO BOX 366818                            SAN JUAN PR 00936-2708                   WILMINGTON, DE 19886-5019
SAN JUAN PR 00936-6818


BPPR                                     Bank Of America                          CMPR, INC
P O BOX 366818                           Po Box 17054                             726 EXCHANGE STREET SUITE 700
SAN JUAN, PR 00936-6818                  Wilmington, DE 19850-7054                BUFFALO, NY 14210-1464


Coop De A/c Roosevelt                    Department of Treasury                   Eurobank
Po Box 31                                Bankruptcy Section (Suite 1504)          Ponce De Leon
Fajardo, PR 00738-0031                   235 Ave. Arterial Hostos                 Hato Rey, PR  00921
                                         San Juan Puerto Rico 00918-1451


Fia Card Services, NA As Successor In Intere   ISLAND FINANCE                     LOYDA SOT
Bank of America NA and Mbna America Bank       P O BOX 71504                      109 AVE LAURO PINERO
1000 Samoset Drive                             SAN JUAN, PR 00936-8604            CARR #3 KM 53.3
DE5-023-03-03                                                                     CEIBA, PR  00735
Newark, DE 19713-6000


ORIENTAL BANK & TRUST (Eurobank)         PRA Receivables Management, LLC          Portfolio Recvry And Affil
P.O BOX 192099                           As Agent Of Portfolio Recovery Assocs.   120 Corporate Blvd Ste 1
SAN JUAN P.R 00919-2099                  PO Box 12914                             Norfolk, VA 23502-4962
                                         NORFOLK VA 23541-0914


RG PREMIER BANK OF PR now part of Scotiabank   Recovery Management Systems Corporation   Rg Premier Bank
ISMAEL H. HERRERO III                          For GE Money Bank                         Rd 100 & 177
P O BOX 362159                                 dba SAM'S CLUB DISCOVER                   San Juan, PR  00928
SAN JUAN  PR  00936-2159                       25 SE 2nd Ave Ste 1120
                                               Miami FL 33131-1605


SAMS                                     SANTANDER DE PR                          SANTANDER FINANCIAL D/B/A ISLAND FINANCE
P O BOX 530942                           P O BOX 362589                           PO BOX 195369
ATLANTA, GA  30353-0942                  SAN JUAN, PR 00936-2589                  SAN JUAN PR, 00919-5369


ALEJANDRO OLIVERAS RIVERA                ALFREDO SALDANA AYALA                    JOSE M PRIETO CARBALLO
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS      H43 CALLE 8                              JPC LAW OFFICE
PO BOX 9024062                           JARDINES DE CEIBA II                     PO BOX 363565
SAN JUAN, PR 00902-4062                  CEIBA, PR 00735-3013                     SAN JUAN, PR 00936-3565
```

```
MIGDALIA E GUASP BANCO POPULAR DE PUERTO RIC      MONSITA LECAROZ ARRIBAS
SPECIAL LOANS                                     OFFICE OF THE US TRUSTEE (UST)
PO BOX 362708                                     OCHOA BUILDING
SAN JUAN, PR 00936-2708                           500 TANCA STREET  SUITE 301
                                                  SAN JUAN, PR 00901-1938



             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Candica LLC                       End of Label Matrix
c/o Weinstein & Riley, P.S.          Mailable recipients    31
2001 Western Ave., Ste. 400          Bypassed recipients     1
Seattle, WA 98121-3132               Total                  32
```